**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

NOV 22 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-330 |
| Plaintiff - Appellee, | D.C. No. 4:22-cr-01941-JCH-DTF-1 |
| v. | MEMORANDUM[*] |
| ROSENDO CALZADA-MARTINEZ, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
John C. Hinderaker, District Judge, Presiding

Submitted November 14, 2023[**]

Before:     SILVERMAN, WARDLAW, and TALLMAN, Circuit Judges.

Rosendo Calzada-Martinez appeals from the district court's judgment and

challenges his guilty-plea conviction and 33-month sentence for reentry of a

removed alien, in violation of 8 U.S.C. § 1326(a).  Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Calzada-Martinez's counsel has filed a brief

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Calzada-Martinez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Calzada-Martinez waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

23-330